UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:04-Cr-00385-T-30EAJ

UYI EHIGIATOR

### REQUEST FOR LEAVE TO FILE DISMISSAL

Pursuant to Fed. R. Crim. P. 48(a) and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Florida hereby requests leave of Court to file a dismissal of the Indictment which is pending against the defendant, without prejudice. If leave is so granted, this will also serve as the government's dismissal.

WHEREFORE, the United States respectfully requests that this Court grant the leave to dismiss the Indictment against Uyi Ehigiator in Case Number 8:04-Cr-00385-T-30EAJ.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:   /s/ Eduardo E. Toro-Font
EDUARDO E. TORO-FONT
Assistant United States Attorney
AUSA Number 40
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6311
Facsimile:   (813) 274-6178
Eduardo.torofont@usdoj.gov

Leave of Court is hereby granted this 12 day of May 2010, and the above-referenced Indictment is dismissed without prejudice as to Uyi Ehigiator .

JAMES S. MOODY, JR.
United States District Judge